# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                      File No. 24-CR-00057(2) (JMB/DLM)

      Plaintiff,

v.                                                              **ORDER**

Terance Richard Krueger,

      Defendant.

Craig R. Baune and Thomas M. Hollenhorst, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Peter B. Wold, Wold Morrison Law, Minneapolis, MN, for Defendant Terance Richard Krueger.

This matter is before the Court on Defendant Terance Richard Krueger's motion to exclude time under the Speedy Trial Act (Motion). (Doc. No. 81.) Krueger has filed a statement of facts in support of the Motion. (Doc. No. 82.)

Krueger seeks to exclude the period of January 28, 2025, the date of the Trial Notice and Pretrial Order (Doc. No. 80), through April 25, 2025, the date of the jury trial set therein. (Doc. Nos. 81, 82.) Krueger requests that this period of time "be excluded from the time in which [he] would otherwise have been brought to trial on this case" based on Judge Doty's recent recusal and the need for additional time to prepare for trial. (Doc. No. 82 at 1.) The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Krueger's right to a speedy trial under 18 U.S.C.

1

§ 3161(h)(7)(A). In addition, under 18 U.S.C. § 3161(h)(7)(B)(i), the Court finds that a miscarriage of justice would result if time were not excluded under the circumstances.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.  Defendant Terance Richard Krueger's Motion to Exclude Time Under the Speedy Trial Act (Doc. No. 81) is GRANTED; and

2.  The period of time between January 25, 2025 and April 25, 2025, is excluded from Speedy Trial Act computations in this case.

Dated: February 14, 2025                    /s/ *Jeffrey M. Bryan*
                                             Judge Jeffrey M. Bryan
                                             United States District Court