UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-CR-00057(2) (JMB/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Terance Richard Krueger, | |
| Defendant. | |

Kristian C.S. Weir and Thomas M. Hollenhorst, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Peter B. Wold, Wold Morrison Law, Minneapolis, MN, for Defendant Terance Richard Krueger.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko dated June 30, 2025. (Doc. No. 138.) The R&R recommends that Krueger's motion to dismiss Counts IV and V of the Superseding Indictment (Doc. No. 120) be denied. Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviewed the R&R and concurs in the Magistrate Judge's analysis. Therefore, based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.    The R&R (Doc. No. 138) is ADOPTED; and

2. The Motion to Dismiss Counts IV and V of the Superseding Indictment (Doc. No. 120) is DENIED.

Dated: August 27, 2025 /s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court